446 F.2d 899
 James D. ANDRES, Plaintiff-Appellant,
v.
SOUTHWESTERN PIPE, INC., Defendant-Appellee.
 No. 71-1981 Summary Calendar.**
 United States Court of Appeals, Fifth Circuit.
 August 20, 1971.
 
 Appeal from the United States District Court for the Western District of Louisiana; Richard J. Putnam, Judge, 321 F.Supp. 895.
 George M. Strickler, Jr., Robert F. Collins, New Orleans, La., Richard T. Seymour, Washington, D. C., for plaintiff-appellant; Richard B. Sobol, Washington, D. C., of counsel.
 David L. McComb, New Orleans, La., Stanley E. Rauhut, Ben H. Powell, Jr., Houston, Tex., Chaffe, McCall, Phillips, Burke, Toler & Sarpy, New Orleans, La., Powell, Brown & Maverick, Houston, Tex., for defendant-appellee.
 Before COLEMAN, SIMPSON and MORGAN, Circuit Judges:
 PER CURIAM:
 
 
 1
 Affirmed.[1] See Local Rule 21.**
 
 
 
 Notes:
 
 
 **
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 The decision appealed from is reported as Andres v. Southwestern Pipe, Inc., W.D.La.1971, 321 F.Supp. 895
 
 
 **
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966